# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

$20,462.35 SEIZED FROM BANK OF
AMERICA ACCOUNTS 334054032990,
374002950457, 004467261543, and
********0563,

          Defendant.

Case No. 19-CV-1044 (NEB/HB)

**DEFAULT JUDGMENT AND
FINAL ORDER OF
FORFEITURE**

---

This matter is before the Court on the Motion of the United States for an order: (1) granting default judgment against Annah Adepoju, Anaga Nmagu, Grace Solomon, Trans-Fast Remittance, LLC, Dominion and Shalom, LLC, and all unknown persons and entities who have failed to file claim to the Defendant Funds and answer to the Complaint For Forfeiture *In Rem* and (2) for a Final Order of Forfeiture as to the Defendant Funds. [ECF No. 9.] Based on all the files and records in this action, and on the Court's findings as detailed herein, the Court grants the Motion.

1.      The United States filed a Verified Complaint for Forfeiture *In Rem* on April 17, 2019, alleging that the Defendant Funds are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C);

2.        The Clerk of Court issued Warrant of Arrest and Notice *In Rem* on April 19,

2019, directing the U.S. Secret Service to arrest the Defendant Funds and to serve all

persons thought to have a potential interest in the Defendant Funds with a copy of the

Complaint for Forfeiture *In Rem* and the Warrant of Arrest and Notice *In Rem*;

3.        The United States sent a Notice of Judicial Forfeiture Proceedings, the

Verified Complaint for Forfeiture *In Rem*, and the Warrant of Arrest and Notice *In Rem*

by certified and U.S. mail to Annah Adepoju, Anaga Nmagu, Grace Solomon, Trans-Fast

Remittance, LLC, Dominion and Shalom, LLC [ECF No. 11 (Declaration of Sarah E.

Hudleston) ¶ 3];

4.        On May 29, 2019, Annah Adepoju filed a claim for the Defendant Funds;

5.        Pursuant to Rule G(4)(a)(iv)(C), the U.S. Attorney's Office posted a notice

of forfeiture on an official government internet site (www.forfeiture.gov) for at least 30

consecutive days, beginning on April 25, 2019;

6.        No other claim or answer has been filed, and the time for filing a claim and

answer has expired under Rule G(5), Supplemental Rules For Admiralty Or Maritime

Claims and Asset Forfeiture Actions;

7.        On July 3, 2019, Annah Adepoju, through her attorney, withdrew her claim

contesting the forfeiture of the Defendant Funds;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

8.     The motion of the United States for a default judgment and final order of forfeiture [ECF No. 9] is GRANTED;

9.     A default judgment is entered against Annah Adepoju, Anaga Nmagu, Grace Solomon, Trans-Fast Remittance, LLC, Dominion and Shalom, LLC, and all unknown persons and entities having an interest in the Defendant Funds for failure to file a claim to the Defendant Funds and an answer to the Verified Complaint for Forfeiture *In Rem* as required by 18 U.S.C. § 983(a)(4)(A) and (B), and Rule G(5) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions; and

10.     $20,462.35 Seized From Bank of America Accounts 334054032990, 374002950457, 004467261543, and ********0563, is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) for disposition in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 30, 2019                    BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge